326

**No. 69085.**—General Motors Overseas Operations *v.* United States, protests 61/19746 and 62/7293 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts for metal scrap balers similar in all material respects to those the subject of *United States* v. *Kurt Orban Co., Inc.* (47 CCPA 28, C.A.D. 724), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 23, 1965

**No. 69086.**—R. J. Saunders & Co., Inc. *v.* United States, protests 158993–K and 228800–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items in question consist of meters the same in all material respects as those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

**No. 69087.**—Empire Findings Co., Inc. *v.* United States, protests 271525–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items of merchandise marked "S" and "P" consist of stethoscopes or parts thereof, respectively, similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.